**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　Plaintiff, )<br>vs. )<br> )<br>Kenneth David Bers, )<br>　　　　Defendant. )<br>_____ ) | CR10-08045-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in Paragraph A and Paragraph B of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. You shall pay the remaining financial obligation balance of $2464.00 at $110.00 per month.

2. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

3. You shall participate in and successfully complete an offender employment development program as approved and directed by the probation officer.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for two (2) years beginning on March 23, 2011.

1  IT IS FURTHER ORDERED that paragraph C is DISMISSED upon oral
2 motion of the United States.
3  DATED this 4th day of April, 2011.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge